No. 83–5021.  DAVIS v. McKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 83–5308.  SALKIL v. MISSOURI.  Ct. App. Mo., Southern Dist.  Certiorari denied.

No. 83–5311.  NOGGLE v. MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 83–5336.  CORREA-DE JESUS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 83–5351.  QUINN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–5368.  ODOM v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 83–5371.  STANLEY v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 83–5376.  MARSHALL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 83–5411.  BANKS v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 83–5413.  JOHNSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–5453.  CARDILLO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 83–5502.  FELICIANO v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 83–5513.  STINSON v. NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 83–5571.  TOLK v. WEINSTEN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 83–5572.  McMILLAN v. HESTER ET AL.  C. A. 6th Cir.  Certiorari denied.